**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 200 WAL 2022

              Respondent    :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

           v.                        :

                               :

LARRY SHAW,                      :

                               :

              Petitioner     :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 25th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.